**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **MARTY BROWN,** | ) | |
| **Plaintiff,** | ) | **Civil Action No. 7:13-cv-00045** |
| | ) | |
| **v.** | ) | **DISMISSAL ORDER** |
| | ) | |
| **CALDWELL, ET AL,** | ) | **By:  Norman K. Moon** |
| **Defendant(s).** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER:  This __5th__ day of March, 2013.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE